**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Rodney BEVINS, Petitioner**

No. 696 MAL 2016

Supreme Court of Pennsylvania.

February 6, 2017

## ORDER

PER CURIAM

**AND NOW**, this 6th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Dwayne Edward MAURER, Petitioner**

No. 682 MAL 2016

Supreme Court of Pennsylvania.

February 6, 2017

## ORDER

PER CURIAM

**AND NOW**, this 6th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Christina M. RAMER, Petitioner**

No. 651 MAL 2016

Supreme Court of Pennsylvania.

February 6, 2017

## ORDER

PER CURIAM

**AND NOW**, this 6th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.